IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | NO. 6:17-CR-00186-ADA-1 |
| PAUL EUGENE FIELDS,<br>*Defendant.* | §<br>§<br>§ | |

ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 70. The Report recommends that Defendant's supervised release be revoked and that he be given a sentence of time-served, with no supervised release to follow. *Id.* at 3. The Report was filed on June 1, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). Here, Defendant and the Government waived the 14-day rule to file objections. ECF No. 69.

When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the Report and Recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland, ECF No. 70, is **ACCEPTED AND ADOPTED**. Defendant's terms of supervised release are revoked, and Defendant is given a sentence of time-served, with no supervised release to follow.

**SO ORDERED** this 2nd day of June, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE